ARLENE C. FARKAS, Appellant-Respondent, v BRUCE R. FARKAS, Respondent-Appellant.

Submitted September 8, 2008; decided September 9, 2008

Motion to strike appellant-respondent's supplemental submission denied with $100 costs and necessary reproduction disbursements.

VICKY R. GABAY, Respondent, v IRVING BENDER et al., as Personal Representatives of WILLIAM GOTTLIEB and MOLLY BENDER, Deceased, Appellants. ALLAN H. CARLIN, ESQ., Nonparty Appellant.

Submitted May 19, 2008; decided September 9, 2008

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.

In the Matter of SHAWN GREEN, Appellant, v DONALD SELSKY, as Director of Special Housing and Inmate Disciplinary Programs, et al., Respondents.

Submitted August 4, 2008; decided September 9, 2008

Motion for reargument of motion for leave to appeal denied [see 10 NY3d 716 (2008)].

In the Matter of VIVIAN L. HAUSCH, a Suspended Attorney, Appellant.

Submitted July 21, 2008; decided September 9, 2008

Motion for reargument of motion for leave to appeal denied [see 10 NY3d 713 (2008)].